■ In the Matter of HYDE PARK ACTIONS.—Order unanimously reversed on the law with costs and motion denied. Memorandum: Supreme Court improperly exercised its discretion in granting defendants' motion to modify the prior coordinated discovery order by permitting defendants to have direct access to all of plaintiffs' medical records. (Appeal from order of Supreme Court, Niagara County, Doyle, J.—discovery.) Present—Callahan, J. P., Green, Balio, Lawton and Davis, JJ.